Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Lewis C. Fields Sr. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ |

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Attached

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes   ☐ No

FILED BY_____ D.C.

NOV 01 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Lewis C Fields Jr.
Address     P.O. Box 470091
            Miami            FL.        33247
                    *City*         *State*      *Zip Code*
County      Dade
Telephone Number   786-359-6525
E-Mail Address     lewis.Jr0023@my mdc. Net

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                Hon. Gordon Murray Jr.
    Job or Title *(if known)*   Judge, Miami Dade County Court
    Address             5400 N.W. 22 Ave.
                        Miami,            Fl.        33142
                            *City*         *State*      *Zip Code*
    County              Dade
    Telephone Number    305-636-2260
    E-Mail Address *(if known)*

    [X] Individual capacity    [X] Official capacity

Defendant No. 2
    Name                Hon. Yvonne Colodny
    Job or Title *(if known)*   Judge 11th Circuit Court
    Address             1351 N.W. 12th street
                        Miami.            7l.        33125
                            *City*         *State*      *Zip Code*
    County              Dade
    Telephone Number    305-548-5182
    E-Mail Address *(if known)*

    [X] Individual capacity    [X] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name
Job or Title *(if known)*
Address

Hon. Javier Enriquez
Judge Circuit Court
175 N.W. 1st Ave.

| Miami. | Fl. | 33128 |
|---|---|---|
| City | State | Zip Code |

County
Telephone Number
E-Mail Address *(if known)*

Dade
305-349-5752

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Address

State Attorney office
Attorney
1350 N.W. 12th Avenue

| Miami | Fl. | 33136 |
|---|---|---|
| City | State | Zip Code |

County
Telephone Number
E-Mail Address *(if known)*

Dade
305-547-0100

☒ Individual capacity     ☒ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Lewis C. Fields Jr.

Address — P.O. Box 470091

Miami _____ Fl. ___ 33247
City _____ State ___ Zip Code

County — Dade

Telephone Number — 786-359-6525

E-Mail Address — lewis.jr002@my mdc.Net

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — Latasha Ohez Carey

Job or Title (if known) — Grand writer

Address — 2265 N.W. 98th Street / Last Known

Miami _____ Fla ___ 33147
City _____ State ___ Zip Code

County — Dade

Telephone Number — N/A

E-Mail Address (if known) — N/A

☒ Individual capacity ☐ Official capacity

Defendant No. 2

Name — Steven Louis Sanders

Job or Title (if known) — N/A

Address — 2263 N.W. 98th Street / last Known

Miami _____ Fl. ___ 33147
City _____ State ___ Zip Code

County — Dade

Telephone Number — N/A

E-Mail Address (if known) — N/A

☒ Individual capacity ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name                Rachetta Harvey-West
    Job or Title *(if known)*  N/A
    Address          2245 N.W. 112 street
                    Miami       FL    33147
                    *City*      *State*    *Zip Code*
    County            Dade
    Telephone Number    786-487-9289
    E-Mail Address *(if known)*  N/A

    [X] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name                Latecia Yvette Fields
    Job or Title *(if known)*  n/a
    Address          1160 Calhoun Dr.
                    Warner Robins   GA   31093
                    *City*      *State*    *Zip Code*
    County            Warner Robins
    Telephone Number
    E-Mail Address *(if known)*  n/a

    [X] Individual capacity    [ ] Official capacity

II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.      The Parties to This Complaint

   A.      The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                           Lewis  C.  Fields  Sr
   Address                        P.O. Box  470091
                                  Miami                FL.      33247
                                       *City*              *State*        *Zip Code*
   County                         Dade
   Telephone Number               786-359-6525
   E-Mail Address                 lewis.Sr002@my mde.Net

   B.      The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
                                                                     Wendel
      Name                        Windell Benny a/k/a Bennett
      Job or Title *(if known)*    n/a
      Address                     4801  Slauson  Avenue # 18
                                  Los Angeles   CA     90056
                                       *City*              *State*        *Zip Code*
      County                      Los Angeles
      Telephone Number            n/a
      E-Mail Address *(if known)*  n/a
                                  [X] Individual capacity    [ ] Official capacity

   Defendant No. 2
      Name                        _____
      Job or Title *(if known)*   _____
      Address                     _____
                                  _____
                                       *City*              *State*        *Zip Code*
      County                      _____
      Telephone Number            _____
      E-Mail Address *(if known)*  _____
                                  [ ] Individual capacity    [ ] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV.   Injuries

~~If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.~~

After probate Judge Hon. Gordon Muvry sr. order Possession of income property and dismissal of attorney fees to Gerone A. Fields.

Hon. Yvonne Colodny discharge Lewis C. Fields Sr.

Hon. Javier Enriquez order Gerone A. Fields back on property 2395/97 N.W. 82 st.

State attorneys office Neve charge Gerone or Steven

V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To get back in my home. To get these property back to income state. Inspection and cost for these properties repair.

I have to be able to get on the properties to find out.

At probate these properties are income investment for the next generation, too be able to care for the older generation.

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

2395/97 N.W. 82nd Street Miami. Fl. 33147

B.    What date and approximate time did the events giving rise to your claim(s) occur?

May 27, 2023 - 12:00 pm

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Miami Dade Police Arrested illegally, put out of my home,

Steven Louis Sanders, the police, Latasha Ohez Carey and Mr. Sanders help Gerone removed Lewis from his home.

Latecia Y. Fields, Rachetta Harvey-West and Wendell Benny all are part owners. Did not Shite/ a letter to remove Gerone from the Property.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff      *Lewis C. Fields Jr.*

Printed Name of Plaintiff   Lewis C. Fields Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney       P.O. Box 470091

Printed Name of Attorney    _____

Bar Number                  Miami Fl. 33247

Name of Law Firm            _____

Address                     _____

                City        State     Zip Code

Telephone Number            _____

E-mail Address              _____